The Honorable John C. Coughenour

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| WESTERN CARGO DISTRIBUTION, INC., dba ROWE LOGISTICS, a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TOTEM OCEAN TRAILER EXPRESS, INC., an Alaska corporation,<br><br>　　　　　　Defendant. | NO. 04-CV-01573-JCC<br><br>**ORDER OF DISMISSAL**<br><br>**(Clerk's Action Required)** |

THIS MATTER, having come on regularly before the undersigned Judge of the above-entitled Court, and the Judge having reviewed the Stipulation For Dismissal of the parties and the files and records in this case, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that pursuant to Plaintiff's Stipulation for Dismissal filed herewith, Plaintiff's claims shall be dismissed with prejudice and without costs or attorneys' fees to any party.

**DATED** this 17th day of May, 2005.

_/s/ John C. Coughenour_

The Honorable John C. Coughenour

PROPOSED ORDER OF DISMISSAL - 1
NO. 04-CV-01573-JCC

415335.01